# EXHIBIT C

| | Inventory Sheet | 5/11/16 |
|---|---|---|
| QNTTY: | Landscape equipment | current VALUE |
| (1) | SCAGG MOWER | $5000.00 |
| (2) | STIHL - GAS WEED TRIMMER | 800.00 |
| (3) | BLACK & DECKER HEDGE TRIMMER | 400.00 |
| (2) | MTD 22" WALK BEHIND MOWERS | 400.00 |
| (1) | YARD MACHINE WALK BEHIND MOWER | 350.00 |
| (1) | TROY BUILT Pressure WASHER | 600.00 |
| (2) | STIHL - Chainsaw 20" | 500.00 |
| (1) | MTD - Woodchipper | 300.00 |
| | LADDERS & Scaffold | |
| (4) | 8'- sections staging w/ braces | 1000.00 |
| (2) | Fiberglass 28' Extension Ladders | 1500.00 |
| (1) | Fiberglass 40' Extension Ladder | 700.00 |
| (1) | 10 step Ladder | 100.00 |
| (2) | Fiberglass 8' step Ladder | 200.00 |
| (2) | Ladder giant | 220.00 |
| (6) | Pump Jacks w/ braces | 400.00 |
| (4) | 12' planks Aluminum | 400.00 |
| | Landscape equipment added | |
| (2) | Leaf blower (backpack gas) | 1400.00 |
| (2) | handheld leaf blower | 300.00 |

Inventory Sheet    page 2    5/11/16

| Qntty | Property Maintenence Equipment | Current Value |
|---|---|---|
| (1) | Dewalt chop saw | 300.00 |
| (1) | Dewalt table saw | 300.00 |
| (3) | 7 1/4 skill saw | 400.00 |
| (2) | Milwalkee sawzall | 380.00 |
| (6) | Cordless drill, dewalt/milwalked (impact) | 800.00 |
| (2) | Jigsaw Ryobi, Dewalt | 150.00 |
| (1) | Porter Cable Router w/ bits | 600.00 |
| (2) | Porter Cable multi tool | 240.00 |
| (3) | Porter Cable portable air compressor | 425.00 |
| (2) | Bostich Roofing nail guns (Air) | 350.00 |
| (2) | Bostich Framing nail guns (Air) | 425.00 |
| (1) | Porter Cable framing gun (Air) | 150.00 |
| (3) | Finish Nailer trim guns (Air) | 225.00 |
| (5) | Electric Sanders (1) Belt (4) Pad | 275.00 |

Misc. Hand tool bit & accessories

| | | |
|---|---|---|
| (*) | Socket sets, drill bits wrenches etc. cords, lights | 3000.00 |
| * | Various Propert Maintenae Replacement Appliances - Stove gas/elec., Refridgerators/wash/dry. | 5000.00 |
| | windows, doors etc | 6000.00 |