UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELISSA SPEER | CASE NO.: 3:19-CV-01778- AWT |
| Plaintiff, | |
| v. | |
| DANJON CAPITAL, INC.; TINA HAMPTON; HOGAN HULET PLLC; WORLD BUSINESS LENDERS, LLC; WBL SPE II, LLC, | NOVEMBER 30, 2020 |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT OF WORLD BUSINESS LENDERS, LLC AND WBL SPE II, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, (1) the Defendant World Business Lenders, LLC states that it has no parent corporation nor is it a publicly traded company, and (2) the Defendant WBL SPE II states that it is a wholly owned subsidiary of World Business Lenders, LLC.

DEFENDANTS,
WORLD BUSINESS LENDERS, LLC and
WBL SPE II, LLC

By: /s/ Marc T. Miller
Marc T. Miller, Esq.
O'Connell, Attmore & Miller, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103
Tel.: (860) 548-1300

{01019710;v1}

## CERTIFICATION OF SERVICE

I hereby certify that on November 30, 2020, a copy of the foregoing document was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Elissa Speer
50 Sunnyside Avenue
Norwich, CT 06360

Jonathan J. Einhorn
Law Office of Jonathan J. Einhorn
129 Whitney Avenue
New Haven, CT 06510
einhornlawoffice@gmail.com

Eva M. Kolstad
Morrison Mahoney LLP
1000 Lafayette Boulevard, Suite 702
Bridgeport, CT 06604
ekolstad@morrisonmahoney.com

By: _____
Marc T. Miller, Esq.

{01019710;v1}